[No. 31065-5-III. Division Three. March 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID COX, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 11-1-00195-9, David Frazier, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 42953-5-II. Division Two. March 19, 2014.]

*In the Matter of the Marriage of* SUZANNE PAULSEN, *Respondent*, and TIMOTHY PAULSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-01592-1, Beverly G. Grant, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.

[Nos. 43039-8-II; 44780-1-II. Division Two. March 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO SANDOVAL, *Appellant*.

*In the Matter of the Personal Restraint of* EDUARDO SANDOVAL, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04055-4, Linda CJ Lee, J., entered February 3, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.